UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **MARILYN WILSON,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.:14-236 |
| **MOBILE COUNTY PUBLIC SCHOOL SYSTEM, et al.,** | ) ) ) ) |
| **Defendants.** | ) ) |

### DEFENDANT'S MOTION TO DISMISS INDIVIDUAL CLAIMS

**COMES NOW** individual members of the Board of School Commissioners, L. Douglas Harwell, Jr.; Reginald A. Crenshaw; William Foster; Don Stringfellow; and Tracie Roberson and respectfully request that all claims against them pursued in their individual capacities are dismissed pursuant to *Fed.R.Civ.P. Rule 12(b)(6)* and, as grounds for said motion set forth as follows:

1. Defendants L. Douglas Harwell, Jr., Reginald A. Crenshaw, William Foster, Don Stringfellow and Tracie Roberson are Commissioners of the Mobile County Board of School Commissioners.

2. Plaintiff brings claims pursuant to *Title VII of the Civil Rights Act of 1964.*

3. The caption of Plaintiff's complaint states that she is suing the Commissioners "in their individual and official capacities as member of the Board of School Commissioners of Mobile County.

4. However, in the body of the complaint the Plaintiff states that she is only suing them in their official capacities. *(See Complaint, ¶6).*

5. Further, relief under Title VII is available against only the employer and not against the individual employees whose actions would constitute a violation of the act. ***Pears v. Mobile County, 645 F.Supp. 2d 1062, 1077 (S.D. of Ala.2009).***

**WHEREFORE,** as set out above, all claims against the Commissioners in their individual capacity should be dismissed.

Respectfully submitted,

/s/K. Paul Carbo, Jr.
K. Paul Carbo, Jr. (CARBK8014)
Attorney for Defendant
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, Alabama 36693
251-665-7200
251-665-7250
Email:paul.carbo@atchisonlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this the 18th day of June, 2014, electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system which will send notification to all attorneys of record.

/s/K. Paul Carbo, Jr.
K. Paul Carbo, Jr.